UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

NORTH AMERICAN SAVINGS BANK, F.S.B.,
*Plaintiff*,

v.

PATRICK NELSON AND BRIAN NELSON,
*Defendants.*

Case No. 3:21cv184-GHD-RP

BRIAN NELSON,
*Cross-Complainant*,

v.

PATRICK NELSON,
*Cross-Defendant.*

## ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND GRANTING CROSS-COMPLAINANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1)  the Plaintiff's motion for partial summary judgment [75] is GRANTED;

(2)  the Cross-Complainant's motion for partial summary judgment [73] is GRANTED; and

(3)  the Plaintiff's request to conduct a hearing on damages is GRANTED; at the hearing, the parties may submit additional evidence regarding the amount of damages the Plaintiff is owed by the Defendants and the amount of indemnity the Defendant Brian Nelson is owed by the Defendant Patrick Nelson. The Court shall issue a forthcoming notice formally setting the hearing date.

SO ORDERED THIS the 27th day of September, 2022.

_____
SENIOR U.S. DISTRICT JUDGE