UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| NORTH AMERICAN SAVINGS BANK, F.S.B., *Plaintiff*, <br><br> v. <br><br> PATRICK NELSON AND BRIAN NELSON, *Defendants.* | Case No. 3:21cv184-GHD-RP |
| BRIAN NELSON, *Cross-Complainant*, <br><br> v. <br><br> PATRICK NELSON, *Cross-Defendant*. | |

## JUDGMENT

Pursuant to the Memorandum Opinion Determining Damages entered this date in this case, JUDGMENT is hereby ENTERED in favor of the Plaintiff North American Savings Bank, F.S.B. against Defendants Brian Nelson and Patrick Nelson, jointly and severally, in the amount of $5,669,518.86, plus post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961, along with costs, for all of which execution may issue as provided by law.

SO ORDERED, on this the  31st  day of May, 2023.

_____
SENIOR U.S. DISTRICT JUDGE